# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

BETTIE BIDDLE                                                    PLAINTIFF

VS.                                                    CASE NO. 1:10CV189-SA

NCO FINANCIAL SYSTEMS, INC.                       DEFENDANT

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 7TH day of March, 2011.

                                               /S/ Sharion Aycock
                                               U. S. DISTRICT COURT JUDGE